**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01485-CMA-BNB

ELEMENTS THERAPEUTIC MASSAGE, INC., a Delaware corporation,

      Plaintiff,

v.

SALT PIER LLC, a Florida limited liability company,
DOREEN ZENESKI, an individual, and
GREGORY ZENESKI, an individual,

      Defendants.

---

**STIPULATED PERMANENT INJUNCTION**

---

On this date, the Court considered the above-captioned action between Elements Therapeutic Massage, Inc. ("Elements") and Salt Pier LLC, Doreen Zeneski, and Gregory Zeneski (collectively, "Defendants"). The Court, being informed of a negotiated Settlement Agreement between the parties, hereby **GRANTS** the parties' Stipulated Permanent Injunction.

    **THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

    1.    This action arises out of a written Franchise Agreement between Elements and Doreen Zeneski and Gregory Zeneski, which was subsequently assigned to Salt Pier LLC. Pursuant to the Franchise Agreement, Defendants were granted the right, subject to the terms and conditions of the Franchise Agreement, to operate an Elements Therapeutic Massage studio. Defendants opened an Elements Therapeutic Massage studio at 2355 Vanderbilt Beach Road, Suite 146, Naples, Florida 34109 ("Studio").

2.  Venue is proper in this Court as provided in Section 14.2 of the Franchise
    Agreement.

3.  Elements has alleged that Defendants failed to comply with the lawful provisions
    of the Franchise Agreement by prematurely closing the Studio, thereby
    abandoning the Franchise Agreement; that Elements terminated the Franchise
    Agreement, consistent with the express terms of the written Franchise Agreement;
    that, in entering into the Franchise Agreement, the parties agreed to a post-
    termination covenant not to compete; and that, following termination, Defendants
    breached their post-termination contractual obligations by, among other things,
    operating a competing massage business at the site of their former Studio.

4.  Elements moved for a preliminary injunction seeking to require Defendants to
    comply with the post-termination covenant not to compete agreed to in the
    Franchise Agreement.  A hearing on Element's preliminary injunction motion
    was set for August 31, 2012.

5.  In order to avoid the cost, expense, and time of litigation, the Defendants have
    agreed to the entry of this Stipulated Permanent Injunction against them as a
    result of good-faith negotiations and compromise.  This Stipulated Permanent
    Injunction is not intended to and does not constitute an admission by Defendants
    of Plaintiff's claims.

6.  Defendants hereby waive any and all claims that this permanent injunction was
    improperly entered.

7.  Defendants agree not to own, manage, maintain, engage in, consult with, or have
any interest in any massage business that markets, sell, or offers massage
services, products, workshops, or educational materials that are the same as,
similar to, or competitive with the types sold in Elements Therapeutic Massage
studios; nor use any of the Proprietary Assets (as defined in the Franchise
Agreement) for any unauthorized purpose; use any confusingly similar method,
format, procedure, technique, slogan, insignia, term, designation, design, diagram,
promotional material or course material; or cause or permit any facility or
program to look like, copy, or imitate any facility or program operated or licensed
by Elements, at the premises of the former Studio (2355 Vanderbilt Beach Road,
Suite 146, Naples, Florida 34109), within an 8-mile radius of the premises of the
former Studio, or within an 8-mile radius of the location of any other business
using the Elements Therapeutic Massage Franchise System for a period of one (1)
year from September 21, 2012—that is, up to and including September 21, 2013.

Accordingly, IT IS HEREBY ORDERED that Plaintiff Elements Therapeutic Massage,
Inc. is entitled to a permanent injunction against Defendants Salt Pier LLC, Doreen Zeneski, and
Gregory Zeneski on the following terms:

1.  For a period of one (1) year from September 21, 2012—that is, up to and
including September 21, 2013—Defendants, either directly or indirectly, for any
or all of themselves, or through, on behalf of, or in conjunction with, any person
or entity, are enjoined from the following at the premises of the former Studio
(2355 Vanderbilt Beach Road, Suite 146, Naples, Florida 34109), within an 8-

mile radius of the premises of the former Studio, or within an 8-mile radius of the location of any other business using the Elements Therapeutic Massage Franchise System:

        a.      Owning, managing, engaging in, consulting with, or having any interest in any massage business that markets, sells, or offers massage services, products, workshops, or educational materials that are the same as, similar to, or competitive with the types sold in Elements Therapeutic Massage studios;

        b.      Using any of the Proprietary Assets (as defined in the Franchise Agreement) for any unauthorized purpose;

        c.      Using any confusingly similar method, format, procedure, technique, slogan, insignia, term, designation, design, diagram, promotional material or course material; or

        d.      Causing any facility or program to look like, copy, or imitate any facility or program operated or licensed by Elements.

2. Defendants shall immediately perform their contractual post-termination obligations under the Franchise Agreement, including, without limitation, the obligations:

        a.      To disconnect and discontinue use of the business telephone number for the Studio;

        b.      To return to Elements the Operations Manual and all other manuals, plans, specifications, designs, records, data samples, models,

programs, materials, handbooks, drawings, and other materials provided to

any or all of the Defendants by Elements.

**AGREED TO** this 21st day of September, 2012**:**

ELEMENTS THERAPEUTIC MASSAGE, INC.    GREG ZENESKI, DOREEN ZENESKI, and
SALT PIER LLC

By: *s/ Jess A. Dance*
    Jess A. Dance
    Perkins Coie LLP
    1900 Sixteenth Street, Suite 1400
    Denver, CO  80202-5255
    Telephone:  303.291.2300
    Facsimile:  303.291.2400
    JDance@perkinscoie.com

By: *s/ Andrew W. Myers*
    Andrew W. Myers
    Husch Blackwell LLP
    1050 17th St., Suite 1500
    Denver, Colorado 80265
    Telephone:  303.685.4800
    Facsimile:  303.685.4869
    Andrew.Myers@huschblackwell.com

**ENTERED** this <u>20th</u> day of November, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

-5-